| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Laura M. Egerman, Esq. (LE-8250) |
| In Re:<br><br>FREDERICK ENS, JR. and<br>JUSTINIANA ENS,<br><br>Debtor(s) |

Order Filed on June 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-32395-KCF

Chapter 13

Hearing Date:

Judge: Kathryn C. Ferguson

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 28, 2017**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtor: Antonio DeRiggi *aka* Anecita DasMariners DeRiggi
Case No.: 16-32395-KCF
Caption of Order: Consent Order Resolving Objection to Confirmation

THIS MATTER having come before the Court on the Objection filed by Secured Creditor, Federal National Mortgage Association ("Fannie Mae"), a Corporation Organized and Existing Under the Laws of the United States of America ("Secured Creditor") on real property address 16 Kiwi Loop, Howell, NJ 07731, through its counsel RAS Citron, LLC and Robert C. Nisenson, Esq. representing the debtors, Frederick Ens, Jr. and Justiniana Ens, and good cause having been shown; it is

IT IS HEREBY ORDERED as follows:

1. This order shall be incorporated in and become a part of any Order Confirming the Chapter 13 Plan in the herein matter.

2. The amount to be paid to Secured Creditor for pre-petition arrears through the Chapter 13 Plan is $31,189.17, as set forth in Secured Creditor's Proof of Claim [Claim No. 11-1 filed April 12, 2017] subject to Debtors' rights to object to the Proof of Claim.

The undersigned hereby consent to the form and entry of the foregoing order.

_____
Robert C. Nisenson, Esquire
*Attorney for Debtors*

_____
Laura M. Egerman, Esq.
*Attorney for Secured Creditor*